*Law Offices of*
P. PAUL COCOROS
1029 ST. PAUL STREET
BALTIMORE, MARYLAND 21202-2683

410-576-0700
1-800-248-0071
FAX 410-625-1116

P. PAUL COCOROS                                                                JOHN J. HAMMANN
                         March 14, 2002                                        JEFFREY L. KOMIN

United States District Court for the District of Maryland
ATTN: Civil Clerk
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 1 8 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

      RE:    Novella Lucas v. Patsy A. Kuhn
              Case #: AMD 01-3871

Dear Sir/Madam:

    Please allow this correspondence to serve as a status with respect to the above captioned matter.

    Please be advised that the Defendant was served with the Complaint on or about February 22, 2002. This case is based upon an automobile accident and the Defendant is insured with Allstate. I have spoken with the Defendant's insurance company and they requested an extension until April 12, 2002 for the filing of their Answer. This request is based on the fact that the parties are attempting to resolve the issues in this case.

    Accordingly, I would appreciate the Court accepting this joint request to allow the Defendant to file an Answer.

    If you have any questions, please do not hesitate to contact me or my associate, Jeffrey L. Komin, who is assisting me in the handling of this file.

APPROVED 3/18/2002
[signature]

Very truly yours,

P. PAUL COCOROS

PPC/sf

cc:    Allstate Insurance Company

---

| HARFORD COUNTY | ANNE ARUNDEL | BALTIMORE COUNTY | HOWARD COUNTY |
|---|---|---|---|
| ☐ BEL AIR<br>22 Pennsylvania Ave.<br><br>☐ EDGEWOOD<br>2009 Pulaski Highway<br>410-679-3232<br>410-679-3262 Fax | ☐ GLEN BURNIE<br>6301 Ritchie Highway<br>Glen Burnie, Maryland 21061<br>410-636-8004<br>410-636-8007 Fax | ☐ PERRY HALL<br>9111 Belair Road #C<br><br>☐ RANDALLSTOWN<br>9026 Liberty Road | ☐ ELLICOTT CITY<br>8585 Baltimore Nat'l. Pike<br>410-418-9070 |