UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 24, 2002

MEMORANDUM TO COUNSEL RE:   Lucas v. Kuhn
                             Civ. No. AMD 01-3871

I am quite at a loss as to what is happening with this case. When no answer was filed and no motion for default was filed, my clerk contacted counsel for plaintiff. I understood that an answer would be filed only if the case did not settle. No answer was filed by the promised date; thus, the case was closed. Now there has been filed a "Response" to the settlement order.

If the case is not settled, then a motion for order of default should be filed immediately.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

