IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NEVELLA K. LUCAS,                         *

    Plaintiff                            *

    vs.                                  *     Civil Action No.   AMD 01-3871

PATSY A. KUHN,                            *
    Defendant

                       ******

## SCHEDULING ORDER

This scheduling order is being entered pursuant to Local Rule 103.9. **The schedule will not be changed except for good cause.**

I. <u>DEADLINES</u>

| | |
|---|---|
| Rule 26(a)(1) initial disclosures | January 10, 2003 |
| Plaintiff's Rule 26(a)(2) disclosures <u>re</u> experts | January 17, 2003 |
| Defendant's Rule 26(a)(2) disclosures <u>re</u> experts | February 20, 2003 |
| **<u>Pretrial Conference</u> :** | March 5, 2003 |
| **Trial: Two Week Period Beginning** | MARCH 10, 2003 |

Date: December 23, 2002

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 7/2001) - Scheduling Order, with Trial Date