IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEVELLA K. LUCAS | * | |
| Plaintiff | * | |
| v. | * | Civil # AMD 01-3871 |
| PATSY A. KUHN | * | |
| Defendant | * | |

## STRIKE AND ENTRY APPEARANCE

Clerk:

    Kindly strike the appearance of Roxanne Pitts, Esquire, as counsel for the Defendant and enter the appearance of Jessica D. Ferrill, Esquire, on behalf the Defendant, Patsy A. Kuhn, with regard to the above-captioned matter.

Respectfully submitted,

ROLLINS, SMALKIN, RICHARDS & MACKIE

_____/s/_____
ROXANNE PITTS

_____/s/_____
JESSICA D. FERRILL
401 N. Charles Street
Baltimore, Maryland 21201
(410) 727-2443
Attorneys for Defendant Kuhn

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 24th of March 2003, that the foregoing Strike and Entry of Appearance was mailed, postage prepaid, to:

Jeffrey L. Komin, Esquire
Law Offices of P. Paul Cocoros
1029 St. Paul Street
Baltimore, Maryland 21202-2683

                                            _____/s/_____
                                            JESSICA D. FERRILL

(Signed copy of document bearing signature of Roxanne Pitts is being maintained in the office of Jessica D. Ferrill.)