IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NEVELLA K. LUCAS | * | |
| Plaintiff | * | |
| v. | * | Civil # AMD 01-3871 |
| PATSY A. KUHN | * | |
| Defendant | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Clerk:

    Kindly dismiss the above-captioned case **with prejudice** as it has been agreed, settled and satisfied by all parties.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| P. PAUL COCOROS | JESSICA D. FERRILL |
| Law Offices of P. Paul Cocoros | Rollins, Smalkin, Richards & Mackie, LLC |
| 1029 St. Paul Street | 401 N. Charles Street |
| Baltimore, Maryland 21202-2683 | Baltimore, Maryland 21201 |
| (410) 576-0700 | (410) 727-2443 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

(Signed copy of document bearing signature of P. Paul Cocoros is being maintained in the office of Jessica D. Ferrill.)